# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 26-CV-00086

MICHELLE CARPENTER,
JAQUAY DAVIS,
REBEKAH MYATT HAMMONDS,
AMBER RUST, and
NANCI SELK,

    Plaintiffs,

v.

CELESTIAL SEASONINGS, INC., a Delaware corporation

    Defendant.

## STIPULATION AND PROPOSED ORDER

Plaintiffs Carpenter et al (collectively, "Plaintiffs") and Defendant Celestial Seasonings, Inc. ("Celestial Seasonings"), by and through their respective counsel, respectfully request the entry of a stipulation to reflect the following:

WHEREAS, on February 16, 2026, Plaintiffs notified Celestial Seasonings of their intent to file an amended complaint.

WHEREAS, on February 18, 2026, Celestial Seasonings consented to the filing of the amended complaint under Federal Rule of Civil Procedure 15(a).

WHEREAS, on February 18, 2026, the parties agreed that Celestial Seasonings' filing in response to the amended complaint should be filed within twenty-eight (28) days of the filing of the amended complaint.

NOW, THEREFORE, undersigned counsel HEREBY STIPULATE and AGREE, pursuant to the parties' request and subject to the Court's approval, upon the filing of the amended complaint, Celestial Seasonings shall respond thereto within twenty-eight (28) days.

Dated: February 20, 2026

By: /s/ Kara A. Elgersma
**Kenneth A. Wexler**
**Kara A. Elgersma**
**Andrew D. Yoder**
WEXLER BOLEY & ELGERSMA LLP
311 S. Wacker, Suite 5450
Chicago, IL 60606
Telephone: (312) 346-2222
Facsimile: (312) 346-0022
Email: kaw@wbe-llp.com
kae@wbe-llp.com
ay@wbe-llp.com

By: /s/ Alexander M. Smith
**Alexander M. Smith**
**Dean N. Panos**
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
Telephone: (312) 923-2765
Email: ASmith@jenner.com
DPanos@jenner.com

**Mark R. Miller**
**Julia Ozello**
**Matthew J. Goldstein**
WALLACE MILLER
200 West Madison Street, Suite 3400
Chicago, IL 60606
Telephone: (312) 261 6193
Facsimile: (312) 275 8174
Email: mrm@wallacemiller.com
jo@wallacemiller.com
mjg@wallacemiller.com

*Counsel for Plaintiffs*

*Counsel for Defendants*

APPROVED AND SO ORDERED.

_____
Hon. Kathryn A. Starnella
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

       I hereby certify that on February 20, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                                    */s/ Kara A. Elgersma*