**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-00086-CNS-KAS

MICHELLE CARPENTER, et al.,

     Plaintiff,

v.

CELESTIAL SEASONINGS, INC.,

     Defendants.

---

## JOINT MOTION TO RESCHEDULE THE SCHEDULING CONFERENCE

---

The parties submit the following joint motion to move the in-person scheduling conference that was set for April 8, 2026, to on or after April 15, 2026. The parties conducted a Federal Rule of Civil Procedure 26(f) conference today (April 3, 2026) and will submit the proposed scheduling order at least seven (7) days before the scheduling conference. In support of this request for additional time, the parties state the following:

1.     On January 8, 2026, Plaintiffs filed their original complaint.

2.     On January 9, 2026, the case was assigned to Magistrate Judge Starnella who set a Federal Rule of Civil Procedure 16(b) Scheduling/Planning Conference for April 8, 2026. ECF No. 4 at 1. The Court also required the submission of a proposed scheduling order at least seven (7) business days in advance of the scheduling conference. *Id.* at 3.

3.     On February 26, 2026, Plaintiffs filed their amended complaint. ECF No. 16.  The same day the parties also filed the Election Concerning Consent/Non-Consent to United States Magistrate Judge Jurisdiction, indicating that at least one party did not

1

consent to have a United States magistrate judge conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment. ECF No. 15.

4. On February 27, 2026, the Court ordered the case to be assigned to a District Judge. ECF No. 17.

5. On March 2, 2026, Judge Sweeney was assigned to the case and assigned non-dispositive matters back to Magistrate Judge Starnella. ECF No. 18.

6. The Minute Order referring non-dispositive matters to Magistrate Judge Starnella indicated that, among other things, she would "convene a scheduling conference under Fed. R. Civ. P. 16(b)." *Id.* The parties (mistakenly) did not understand this to mean that the schedule provided in the January 9, 2026 Order remained after assignment of the case to Judge Sweeney.

7. On April 2, 2026, the Court graciously contacted counsel for Plaintiffs to inquire as to why they had not filed the proposed order seven (7) days before the April 8, 2026 Scheduling/Planning Conference. The parties then realized they had misunderstood the March 2, 2026 Minute Order.

8. The parties immediately began working diligently to address their error. On the morning of April 3, 2026, they conducted a Rule 26(f) conference. They are in the process of preparing the Proposed Scheduling Order.

9. The parties respectfully request an adjournment of the Scheduling/Planning Conference currently set for April 8, 2026 and request it be rescheduled to April 15, 2026 or the first available date thereafter on which the Court is available. The parties will submit the Proposed Scheduling Order seven (7) days prior to the date the Court sets for the Scheduling/Planning Conference.

WHEREFORE, the parties jointly request that the Court enter an order resetting the Scheduling/Planning Conference to April 15, 2026 or as soon thereafter as is convenient for the Court and directing the parties to submit their Proposed Scheduling Order seven (7) days before the rescheduled conference.

Dated: April 3, 2026

/s/ Kara A. Elgersma
Kenneth A. Wexler
Kara A. Elgersma
Andrew Yoder
**Wexler, Boley & Elgersma LLP**
311 South Wacker Drive
Suite 5450
Chicago, Illinois 60606
(312) 346-2222
kaw@wbe-llp.com
kae@wbe-llp.com
ay@wbe-llp.com

Mark R. Miller
Julia Ozello
Matthew J. Goldstein
**Wallace Miller**
200 West Madison Street
Suite 3400
Chicago, IL 60606
(312) 261-6193
mrm@wallacemiller.com
jo@wallacemiller.com
mjg@wallacemiller.com

Attorneys for Plaintiffs

Respectfully submitted,

/s/ Alexander M. Smith
Dean N. Panos
**Jenner & Block LLP**
353 N. Clark Street
Chicago, IL 60654-3456
(312) 923-2765
dpanos@jenner.com

Alexander M. Smith
**Jenner & Block LLP**
2029 Century Park East
Suite 1450
Los Angeles, CA 90067
(213) 239-2262
asmith@jenner.com

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on April 3, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Counsel of Record.

*s/ Kara A. Elgersma*