**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-00086-CNS-KAS

MICHELLE CARPENTER, et al.,

Plaintiffs,

v.

CELESTIAL SEASONINGS, INC., et al.

Defendant.

---

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

---

Pursuant to Civil Practice Standard 10.1(d) please find attached the District Court for Northern District of Illinois's Order Denying Defendant's Motion to Dismiss ("Order"), dated September 24, 2026, attached as Exhibit A. That Order was entered in the matter of *Daly et al v. Kraft Heinz Foods Company, LLC*, No. 1:25-cv-07185 (N.D. Ill. Jun 26, 2025). Plaintiffs submit this authority as bearing on the issues before this Court in the currently pending Motion to Dismiss.

Dated: September 29, 2026

Respectfully submitted,

*/s/ Kara A. Elgersma*

Kenneth A. Wexler
Kara A. Elgersma
Andrew D. Yoder
**Wexler Boley & Elgersma LLP**
311 South Wacker Drive
Suite 5450
Chicago, Illinois 60606
(312) 346-2222
kaw@wbe-llp.com
kae@wbe-llp.com

ay@wbe-llp.com

Mark R. Miller
Julia Ozello
Matthew J. Goldstein
**Wallace Miller**
200 West Madison Street
Suite 3400
Chicago, IL 60606
(312) 261-6193
mrm@wallacemiller.com
jo@wallacemiller.com
mjg@wallacemiller.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Counsel of Record.

*s/ Kara A. Elgersma*
Kara A. Elgersma