IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| | | |
|---|---|---|
| Civil Action: | 26-cv-00086-CNS-KAS | Date: November 9, 2026 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| MICHELLE CARPENTER<br>JAQUAY DAVIS<br>REBEKAH MYATT HAMMONDS<br>AMBER RUST<br>NANCI SELK<br>LORI BERNSTEIN<br>SUSAN FREEMAN<br>LISA GIBSON<br>KANDISE BIGFEATHER<br>PATRICE VENTRESCA<br>KRIS DEE HALL<br>MARTHA CARTER<br>**Plaintiffs** | *Kara Elgersma*<br>*Andrew Yoder* |
| **v.** | |
| CELESTIAL SEASONINGS INC<br>**Defendant** | *Alexander Smith* |

## COURTROOM MINUTES

**ORAL ARGUMENT**

Court in Session: 12:59 p.m.

Appearance of counsel.

As outlined on the record, it is

**ORDERED: Defendant Celestial Seasonings, Inc.'s Request For Judicial Notice in Support of its Motion to Dismiss is GRANTED in part.**

Argument given on [21] Defendant's Motion to Dismiss Plaintiffs' First Amended Class Action Complaint by Mr. Smith and Ms. Elgersma with questions from the Court.

As outlined on the record it is

**ORDERED: [21] Defendant's Motion to Dismiss Plaintiffs' First Amended Class Action Complaint is DENIED.**

**Settlement Conference with the Magistrate Judge is authorized.**

**Parties are to send a joint email to chambers as to the date of mediation or settlement conference, if set. Within five days after mediation or settlement conference is held, parties are to send a joint email to Chambers as to the status of settlement.**

The Court directs parties to its practice standards.

Court in Recess: 1:24 p.m. Hearing concluded. Total time in Court: 00:25